

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2019

No. 04-19-00422-CV

**IN THE INTEREST OF A.M.L., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01252
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on July 1, 2019. *See* TEX. R. APP. P. 35.1(b). After we granted a first motion for extension of time to file the reporter's record, the record was due on July 11, 2019. After the extended due date, court reporter Elva G. Chapa filed a second notification of late record. She requested an extension of time to file the reporter's record until July 18, 2019.

The request is GRANTED; the record is due on July 18, 2019. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court